BEFORE THE SECOND DIVISION, OCTOBER 11, 1956

**No. 60281.**—Pistorino & Co., Inc. *v.* United States, protest 284796–K (Boston).

Opinion by FORD, J. The protest was dismissed.